

NEW YORK NY 100
17 MAR 2021 PM 12 L

FIRST-CLASS MAIL
neopost
03/17/2021
US POSTAGE $000.51
ZIP 11201
041M11271726

Keith Fernandez
69 Montgomery Street

NIXIE    076    DE 1    0008/18/21

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 11201183299    *2845-00934-17-45

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEITH FERNANDEZ,

                    Plaintiff,

        v.

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, OFFICER ANGELO MARTINO,
OFFICER JONATHAN GALINDO-SANCHEZ;
WOODHULL MEDICAL & MENTAL HEALTH
CENTER, a New York City Hospital Organization,

                    Defendants.
------------------------------------------------------------X
```

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 23 2021 ★

BROOKLYN OFFICE

JUDGMENT

20-cv-2116 (PKC)(VMS)

An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 11, 2021, granting Defendants' motion to dismiss for failure to prosecute; and dismissing this action without prejudice; it is

ORDERED and ADJUDGED that Defendants' motion to dismiss for failure to prosecute is granted; and that this action is dismissed without prejudice.

Dated: Brooklyn, New York
       March 12, 2021

                                        Douglas C. Palmer
                                        Clerk of Court

                                By:     /s/Jalitza Poveda
                                        Deputy Clerk